Todd Blanche
Deputy Attorney General of the United States
Benjamin D. Seal
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

ECF No. 1

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RUSSELL DEAN TILTON,<br><br>Defendant. | 1:26-CR-2012-MKD<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of<br>Firearms and Ammunition<br>(Count 1)<br><br>18 U.S.C. §§ 922(j), 924(a)(2)<br>Possession of Stolen Firearms<br>(Count 2)<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about October 16, 2025, in the Eastern District of Washington, the Defendant, WILLIAM RUSSELL DEAN TILTON, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding

INDICTMENT – 1

one year, did knowingly possess in and affecting commerce, firearms and ammunition, to wit: a Bear Creek Arsenal .308 caliber rifle bearing serial number F017351, and a Ruger 9mm pistol bearing serial number 321-22428, 40 rounds of .308 ammunition, and 25 rounds of 9mm ammunition, which firearms and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about October 16, 2025, in the Eastern District of Washington, the Defendant, WILLIAM RUSSELL DEAN TILTON, did knowingly possess stolen firearms, to wit: a Bear Creek Arsenal .308 caliber rifle bearing serial number F017351, a Ruger 9mm pistol bearing serial number 321-22428, which firearms had theretofore been transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and/or 18 U.S.C. §§ 922(j), 924(a)(2), as set forth in this Indictment, the Defendant, WILLIAM

INDICTMENT – 2

RUSSELL DEAN TILTON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Bear Creek Arsenal .308 caliber rifle bearing serial number F017351;
- a Ruger 9mm pistol bearing serial number 321-22428;
- 40 rounds of .308 ammunition; and
- 25 rounds of 9mm ammunition.

DATED this 11th day of March 2026.

A TRUE BILL

Foreperson

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 3